**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DEBORAH SKAGGS, individually, and on behalf of all others similarly situated, | : : | Civil No. 1:19-CV-02032 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GABRIEL BROTHERS, INC., | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## <u>ORDER</u>

**AND NOW**, on this 26th day of January, 2021, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. Plaintiff's motion for conditional certification is **DENIED**. (Doc. 24.)

2. A telephonic conference with the parties to set further deadlines for this case is scheduled for **February 24, 2021, at 1:30 p.m.** Plaintiff shall initiate the call and have all parties on the line before calling chambers at 717-221-3970.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania